**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Ramon Vazquez            JOINT DEBTOR:_____   CASE NO.:
Last Four Digits of SS# XXX-9707         Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 299.07 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee $ 3650    TOTAL PAID $  1500
    Balance Due  $ 2150  payable $ 215.00/month ( Months 1 to 10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____
Address:_____    Arrears Payment $_____/month (Months __ to __)
_____    Regular Payment $_____/month (Months __ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due $_____
    Payable   $_____/month (Months ___ to ___ ) Regular Payment $_____

Unsecured Creditors: Pay $54.17 /month (Months 1 to 10) and $269.17 /month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay his property taxes on his homestead property located at: 12914 SW 45th Terr., Miami, FL 33175.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/ Robert Sanchez, Esq.                              _____
Attorney for the Debtor                                   Attorney for the Joint Debtor
Date: 3-10-2016                                           Date:_____

LF-31 (rev. 01/08/10)