**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
1st amended plan

DEBTOR: Ramon Vazquez        JOINT DEBTOR:_____    CASE NO.: 16-13418-RAM
Last Four Digits of SS# XXX-9707        Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 299.07 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee $ 3650   TOTAL PAID $ 1500
                   Balance Due $ 2150 payable $ 215.00/month (Months 1 to 10 )

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____      Arrearage on Petition Date $_____
Address: _____      Arrears Payment $_____/month (Months __ to __)
_____      Regular Payment $_____/month (Months __ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____   Total Due $_____
                              Payable   $_____/month (Months____to ___) Regular Payment $_____

Unsecured Creditors: Pay $54.17/month (Months 1 to 10) and $269.17 /month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay his property taxes on his homestead property located at: 12914 SW 45th Terr., Miami, FL 33175. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. Debtor has surrendered the collateral to Allegro Claim No:1.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X Ramon V___
Debtor
Date: 4-15-16 .                          Joint Debtor
                                         Date:_____